IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOEL Z. DERBIGNY ) | |
| ) | No. 17-04178 |
| ) | Chapter 13 (Joliet) |
| Debtor ) | Honorable Pamela S. Hollis |
| ) | |

## NOTICE OF DEFAULT

Notice of default of the May 4, 2018 Agreed Order is hereby given to Joel Z. Derbigny and counsel for Debtor. Pursuant to the Agreed Order, Debtor was to pay $400.00 per month toward the arrearage on their post-petition assessment account with Creditor Wesmere Country Club Association and remain current on the accruing assessments. The remaining unpaid balance should have been current as of September 18, 2018. However, the actual balance on the post-petition account is $951.60. Therefore, Debtor is in default under the Agreed Order in the amount of $951.60.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $951.60 by cashier's check or money order made payable to Wesmere Country Club Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than October 9, 2018. If the amount of $951.60 is not paid by October 9, 2018 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Wesmere Country Club Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

1

                                        WESMERE COUNTRY CLUB
                                        ASSOCIATION

                              By:   _____
                                    One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

DATE: 9/17/18 TIME: 12:02 PM | **Wesmere Country Club** | Page: 2

**FINANCIAL TRANSACTIONS - 09/17/18**

5304 Tall Oaks Court
Joel Z. Derbigny
Unit ID: WCC1148
STATUS: 71 - BK PostPetition
PREPAID BAL:    0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 031918 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 930.20 |
| 040118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 998.60 |
| 040718 | | EXPENSE ADJ | | 05 | | Attorney Fees | 781.00 | 1779.60 |
| 040718 | Relief from Stay Prep 600.00 | | | | | | | |
| 040718 | Filing Fee Lift Stay 181.00 - kc | | | | | | | |
| 041718 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 1789.60 |
| 050118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 1858.00 |
| 050718 | 400.00 | 9457726541 | 050718 | A1 | | Monthly Dues | (400.00) | 1458.00 |
| 060118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 1526.40 |
| 061118 | 400.00 | 9457726789 | 061118 | A1 | | Monthly Dues | (400.00) | 1126.40 |
| 070118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 1194.80 |
| 071618 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 1204.80 |
| 072418 | 400.00 | 9457727125 | 072418 | A1 | | Monthly Dues | (293.80) | 804.80 |
| 072418 | | | | 05 | | Attorney Fees | (106.20) | |
| 080118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 873.20 |
| 081718 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 883.20 |
| 090118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 951.60 |

DATE: 9/17/18  TIME: 12:02 PM                 **Wesmere Country Club**                                Page: 1

FINANCIAL TRANSACTIONS - 09/17/18

5304 Tall Oaks Court
Joel Z. Derbigny
Unit ID: WCC1148
STATUS: 71 - BK PostPetition
PREPAID BAL:    0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 030117 | | | | A1 | | Monthly Dues | 68.40 | 68.40 |
| 030717 | 69.00 | 3102199 | 030717 | A1 | | Monthly Dues | (68.40) | (0.60) |
| 030717 | | | | PP | | Credit-Prepaid | (0.60) | |
| 040117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 67.80 |
| 040117 | | APPLY PREPAYMNT | | A1 | | Monthly Dues | (0.60) | 67.80 |
| 050117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 136.20 |
| 051717 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 146.20 |
| 060117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 214.60 |
| 061917 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 224.60 |
| 070117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 293.00 |
| 071717 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 303.00 |
| 080117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 371.40 |
| 081817 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 381.40 |
| 090117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 449.80 |
| 091817 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 459.80 |
| 100117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 528.20 |
| 101717 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 538.20 |
| 110117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 606.60 |
| 111717 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 616.60 |
| 120117 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 685.00 |
| 121817 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 695.00 |
| 010118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 763.40 |
| 011718 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 773.40 |
| 020118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 841.80 |
| 021918 | | APPLY LATE FEE | | 01 | | Late Fees | 10.00 | 851.80 |
| 030118 | | APPLY CHARGES | | A1 | | Monthly Dues | 68.40 | 920.20 |