## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOEL Z. DERBIGNY ) | |
| ) | No. 17-04178 |
| ) | Chapter 13 (Joliet) |
| Debtor ) | Honorable Pamela S. Hollis |
| ) | |

### NOTICE OF FILING

To:　See attached Service List.

**PLEASE TAKE NOTICE** that on this 18th day of September, 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, WESMERE COUNTRY CLUB ASSOCIATION'S NOTICE OF DEFAULT, a copy of which is attached hereto, and served upon you herewith.

　　　　　　　　　　　　　　　　　　　　　Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing and within by electronic mail to all those parties eligible to receive the same electronically and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to all the parties appearing above on the 18th day of September, 2018, with proper postage prepaid.

　　　　　　　　　　　　　　　　　　　　　Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
This 18th day of September, 2018.

_____
Notary Public

KATHERINE L. SMUCINSKI
Official Seal
Notary Public - State of Illinois

#6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

## Service List

Joel Z. Derbigny
5304 Tall Oaks Court
Plainfield, Illinois 60586

Arnita Dixon
5304 Tall Oaks Court
Plainfield, Illinois 60586

Frank L Vosholler, III
Law Office of Frank L. Vosholler III
611 Rodney Court
Lockport, Illinois 60441
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)